## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00028-KD-MU |
| JERMAINE GEORGE SMITH | : |

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 234) and without any objection having been filed by the parties, Defendant Jermaine George Smith's plea of guilty to Count Two of the Superseding Indictment charging violations of 18 U.S.C. § 1956(h) – money laundering conspiracy, is accepted and Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **October 2, 2025, at 11:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 11th day of July 2025.

> s/ Kristi K. DuBose
> KRISTI K. DuBOSE
> UNITED STATES DISTRICT JUDGE